UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION,

This document relates to 1:18-cv-09797-LAK
         1:18-cv-10100-LAK
         1:18-cv-05374-LAK
         1:18-cv-08655-LAK

MASTER DOCKET

Case No. 1:18-md-02865-LAK

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Brian S. Fraser, Esq. of the law firm of Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, New York, 10103, who is admitted to practice before this Court, hereby enters an appearance in the above-captioned matter on behalf of Third-Party Defendant ED&F Man Capital Markets, Ltd.

Dated: New York, New York
    November 14, 2019

            **AKERMAN LLP**

            By: */s/ Brian S. Fraser, Esq.*
            Brian S. Fraser, Esq.
            666 Fifth Avenue, 20th Floor
            New York, NY 10103
            Phone: (212) 880-3800
            Fax: (212) 880-8965
            Email: brian.fraser@akerman.com

            *Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*