UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION,<br><br>This document relates to 1:18-cv-09797-LAK<br>　　　　　　　　　　　　1:18-cv-10100-LAK<br>　　　　　　　　　　　　1:18-cv-05374-LAK<br>　　　　　　　　　　　　1:18-cv-08655-LAK | MASTER DOCKET<br><br>Case No. 1:18-md-02865-LAK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Kristen G. Niven, Esq. of the law firm of Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, New York, 10103, who is admitted to practice before this Court, hereby enters an appearance in the above-captioned matters on behalf of Third-Party Defendant ED&F Man Capital Markets, Ltd.

Dated: New York, New York
　　　　November 14, 2019

　　　　　　　　　　　　　　　　　　**AKERMAN LLP**

　　　　　　　　　　　　　　　　　　By: */s/ Kristen G. Niven, Esq.*
　　　　　　　　　　　　　　　　　　Kristen G. Niven, Esq.
　　　　　　　　　　　　　　　　　　666 Fifth Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10103
　　　　　　　　　　　　　　　　　　Phone:  (212) 880-3800
　　　　　　　　　　　　　　　　　　Fax:  (212) 880-8965
　　　　　　　　　　　　　　　　　　Email:  kristen.niven@akerman.com

　　　　　　　　　　　　　　　　　　*Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*