UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION,

This document relates to 1:18-cv-05374 / 1:18-08655

MASTER DOCKET

Case No. 1:18-md-02865-LAK

**STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT**

      Third-Party Plaintiffs Del Mar Asset Management Savings and Retirement Plan, Federated Logistics LLC 401K Plan, and David Freelove (collectively, the "Third-Party Plaintiffs") and Third-Party Defendant, ED&F Man Capital Markets, Ltd. ("ED&F" or "Third-Party Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

      **WHEREAS** on November 12, 2019 Third-Party Plaintiffs filed their Third-Party Complaint against ED&F (Dkt. 220);

      **WHEREAS** counsel for Third-Party Plaintiffs requested that ED&F waive service on December 2, 2019;

      **WHEREAS** counsel for ED&F accepted service on December 11, 2019, and counsel for Third-Party Plaintiffs filed the waiver on December 17, 2019 (Dkt. 244);

      **WHEREAS** the Parties have agreed that ED&F will file a pleading or motion responsive to the Third-Party Complaint on or before January 16, 2019; and

      **WHEREAS** this is the Parties' first request to modify ED&F's response date to the Third-Party Complaint;

**NOW THEREFORE**, the Parties hereby Stipulate and Agree that ED&F will file and serve a pleading or motion responsive to the Amended Third-Party Complaint on or before January 16, 2020.

Dated: December 17, 2019

| | |
|---|---|
| KOSTELANETZ & FINK LLP<br>7 World Trade Center, 34th Floor<br>New York, NY 10007<br>(212) 808-8100 (phone) | AKERMAN LLP<br>666 Fifth Avenue, 20th Floor<br>New York, NY 10103<br>(212) 880-3800 |
| By: *s/ Bryan C. Skarlatos* | By: */s Brian S. Fraser* |
| *Attorneys for Third-Party Plaintiffs* | *Attorneys for Third-Party Defendant* |

SO ORDERED:

_____
United States District Judge