UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-05374-LAK; 1:18-cv-08655-LAK;
1:18-cv-09797-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

## STIPULATION AND [PROPOSED] ORDER
## GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval of the court, Third-Party Defendant ED&F Man Capital Markets, Ltd. ("ED&F Man") substitutes the law firm of Binder & Schwartz LLP and its attorneys Neil S. Binder, Wendy H. Schwartz, M. Tomas Murphy and Gregory C. Pruden as counsel of record in place of the law firm Akerman LLP and its attorneys Brian S. Fraser and Kristen G. Niven. Contact information for new counsel is as follows:

Neil S. Binder
BINDER & SCHWARTZ, LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: (212) 510-7031
Fax: (212) 510-7229
nbinder@binderschwartz.com

I consent to the above substitution.

Date: _1st APRIL 2020_

_Christopher Smith_ (signature)
Christopher Smith, Director
ED&F Man Capital Markets Limited

We consent to being substituted.

Date: April 2, 2020           /s/ Brian S. Fraser
                              _____
                              Brian S. Fraser
                              Kristen G. Niven
                              AKERMAN LLP
                              666 Fifth Avenue, 20th Floor
                              New York, New York 10103
                              Tel: (212) 880-3800
                              Fax: (212) 880-8965
                              brian.fraser@akerman.com
                              kristen.niven@akerman.com

We consent to the above substitution.

Date: 4/2/2020                _____
                              Neil S. Binder
                              Wendy H. Schwartz
                              M. Tomas Murphy
                              Gregory C. Pruden
                              BINDER & SCHWARTZ LLP
                              366 Madison Avenue, Sixth Floor
                              New York, New York 10017
                              Tel: (212) 510-7008
                              Fax: (212) 510-7229
                              nbinder@binderschwartz.com
                              wschwartz@binderschwartz.com
                              tmurphy@binderschwartz.com
                              gpruden@binderschwartz.com

The substitution of counsel is hereby approved and is SO ORDERED.

Date: _____

                              _____
                              HON. LEWIS A. KAPLAN, U.S.D.J.

2