# Exhibit 12-B



*First Alton Inc.*
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

## INVOICE

| | |
|---|---|
| Date: | **7-23-2015** |
| Invoice Number: | **07231501** |
| Due Date: | **08/15/15** |

FROM:    **First Alton Inc.**
                 450 Alton Rd #1603
                 Miami Beach, FL 33139 USA

TO:    **Acai Investments Limited**
       Craigmuir Chambers
       Road Town, Tortola
       VG 1110, British Virgin Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | **USD 3,977,888.05** |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Wells Fargo
Account: ████0267
SWIFT Code: WFBIUS6S
Bank Address: Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. Le* (signature)

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00008355