

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

March 30, 2026

BY ECF & HAND-DELIVERY

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

>      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark*
>             *(Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)[1]

Dear Judge Kaplan:

    We write on behalf of Plaintiff Skatteforvaltningen, the Customs and Tax
Administration of the Kingdom of Denmark ("SKAT") and the Trial Three Defendants to submit
a proposed special verdict form for the trial three cases. Attached as Exhibit A is the parties'
proposed special verdict form, which notes in red print any areas of dispute between SKAT and
the defendants.

                                        Respectfully submitted,

                                        /s/ Marc A. Weinstein

                                        Marc A. Weinstein

Enclosures

cc: all counsel of record (via ECF)

---

1.  This letter relates to the trial three cases: 18-cv-05374; 18-cv-08655.